# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrew Stephen Williams, | Civil No. 23-cv-3831 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Paul Schnell, et al., | |
| Defendants. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 13, 2024 (ECF No. 8), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. Plaintiff Andrew Stephen William's Motion for Temporary Restraining Order and Injunction (ECF No. 3) and application to proceed *in forma pauperis* in this action (ECF No. 4) are **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 3/14/24

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
Chief United States District Court Judge
for the District of Minnesota